NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-255

MITCHELL RAY LUSTMAN

VERSUS

TANYA PATRICE POIRIER

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 82,793
HONORABLE KEITH RAYNE JULES COMEAUX, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.

AFFIRMED.

Jennifer Stuller Nehrbass
Attorney at Law
P. O. Drawer 4624
Lafayette, LA 70502-2025
(337) 232-2025
Counsel for: Defendant/Appellant
Tanya Patrice Poirier

**Richard Allen Spears**
**Attorney At Law**
**P. O. Box 11858**
**New Iberia, LA 70562-1858**
**(337) 367-1960**
**Counsel for: Plaintiff/Appellee**
**Mitchell Ray Lustman**